IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH ANDREW FELTON,<br>        Plaintiff,<br><br>        v.<br><br>DR. EDWIN NJENGA, *et al.,*<br>        Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-05122-LMM |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and

Recommendation, Dkt. No. [91]; a motion for recusal of Magistrate Judge Anand,

Dkt. No. [94]; and a document construed by the Clerk as a Motion to Appoint

Counsel and Motion to Remand to State Court, Dkt No. [95]. After due

consideration, the Court enters the following Order.

## I.      MOTION TO APPOINT COUNSEL

As the Court explained in Orders denying Plaintiff's previous motions to

appoint counsel, Dkt. Nos. [64, 68, 74, 91], "there is no constitutional right to

counsel in civil cases." Neal v. Cassiday, 511 F. App'x 865, 865 (11th Cir.

Mar. 1, 2013) (per curiam). The Court has already made extraordinary efforts to

secure counsel for Plaintiff, and the Court declines to appoint Plaintiff another

lawyer. See Killian v. Holt, 166 F.3d 1156, 1157 (11th Cir. 1999) ("The district courts have broad discretion in deciding whether to appoint counsel." (citing 28 U.S.C. § 1915(d)). The motion to appoint counsel, Dkt. No. [95], is therefore **DENIED**.

## II.    REPORT AND RECOMMENDATION

In the Report and Recommendation, the Magistrate Judge recommends that a motion for summary judgment, Dkt. No. [71], filed by Defendants Dr. Clopton, "Dr." Edwin Njenga, and Dr. Smith be granted; that Plaintiff's claims against them be dismissed with prejudice; and that Plaintiff's claims for deliberate indifference against the fictitious defendants (Dr. John Doe, "Henry County Correct Health John Do," Sheriff John Doe, and Nurse John Doe) be dismissed without prejudice because those defendants were never identified or served.

After the Magistrate Judge entered the Report and Recommendation, Plaintiff filed a document that the Clerk construed as objections to the Report and Recommendation, Dkt. No. [93], and a document that the Clerk construed as an appeal of the Magistrate Judge's decision, Dkt. No. [96]. The Court has reviewed the documents and finds that they do not address the grounds for the Magistrate Judge's recommendations. Id.

Because Plaintiff's filings did not address the Magistrate Judge's basis for his recommendations, Court finds that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to

28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [91], as its opinion.

## III.   CONCLUSION

The motion to appoint counsel, Dkt. No. [95], is **DENIED**.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [91], as its opinion: the motion for summary judgment, Dkt. No. [71] is **GRANTED**; the claims Plaintiff asserted against Defendants Dr. Clopton, "Dr." Edwin Njenga, and Dr. Smith are **DISMISSED WITH PREJUDICE**; and the claims asserted against the remaining defendants are **DISMISSED WITHOUT PREJUDICE**.

The motion to recuse Magistrate Judge Anand, Dkt. No. [94], and motion to remand to state court, Dkt. No. [95], are **DENIED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED** this 24th day of February, 2022.

**Leigh Martin May**
**United States District Judge**